**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| TARGET CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE NO.: |
| v. | ) 4:24-cv-00084-RSB-CLR |
| | ) |
| LIBERTY COUNTY INDUSTRIAL | ) |
| AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF DISMISSAL**

COMES NOW Plaintiff and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses

the above-captioned civil action with prejudice.  Each party is to bear its own costs, attorney's fees

and expenses.

Respectfully submitted this 29th day of July 2024.

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

*/s/ Ivy N. Cadle*
Ivy N. Cadle, Esq.
Georgia Bar No. 353227
3414 Peachtree Road NE, Suite 1500
Atlanta, Georgia 30326
Telephone: (404) 577-6000
Facsimile: (404) 221-6501
icadle@bakerdonelson.com

*Counsel for Plaintiff Target Corporation*

1

## <u>CERTIFICATE OF SERVICE</u>

Undersigned counsel hereby certifies that I have this day filed a copy of the foregoing document using the Court's ECF system, which will automatically send notification to all counsel of record.

Respectfully submitted this 29th day of July 2024.

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

*/s/ Ivy N. Cadle*
Ivy N. Cadle, Esq.
Georgia Bar No. 353227
icadle@bakerdonelson.com

*Counsel for Plaintiff Target Corporation*