IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TARGET CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>LIBERTY COUNTY INDUSTRIAL AUTHORITY,<br><br>    Defendant. | CIVIL ACTION NO.: 4:24-cv-84 |

**O R D E R**

Plaintiff filed its Complaint initiating this action on May 6, 2024.  (Doc. 1.)  On July 29, 2024, it filed a Notice of Dismissal, stating its intent to dismiss the case with prejudice, noting that each side would bear its own attorney's fees and expenses.  (Doc. 5.)  Defendant has not filed an answer or a motion for summary judgment.  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case has been **DISMISSED WITH PREJUDICE**.  (See id.)  The Court **DIRECTS** the Clerk of Court to **TERMINATE** any pending motions, and to **CLOSE** this case.

**SO ORDERED**, this 5th day of August, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA